Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

Twentieth District

| | |
|---|---|
| Michael James Ross<br>PollutionScience.com<br>*Plaintiff(s)*<br>(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)<br>-v-<br>Officer Delia C. Luna #323<br>Officer Evan J. Scott #322<br>Officer Derrick Vazquez<br>Collier County Police Chief Kevin Rambosk<br>*Defendant(s)*<br>(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.) | Case No. 2:24-CV-849-JLB-NPM<br>(to be filled in by the Clerk's Office)<br><br>Jury Trial: *(check one)* ✔ Yes  ☐ No |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Michael James Ross |
| Address | 3201 Bee Caves Road. Suite 120. P.O. Box 160431 |
| City | Austin |
| State | TX |
| Zip Code | 78716 |
| County | Travis County, Texas |
| Telephone Number | 949-376-7371 |
| E-Mail Address | PollutionScience@Protonmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Delia C. Luna #323 |
| Job or Title (if known) | Collier County Police Officer #323 |
| Address | 3319 Tamiami Trail E. |
| City | Naples |
| State | FL |
| Zip Code | 34112 |
| County | Collier County, Florida |
| Telephone Number | 239-252-9300 |
| E-Mail Address (if known) | sheriff@colliersheriff.org |

[ ] Individual capacity  [✔] Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Evan J. Scott #322 |
| Job or Title (if known) | Collier County Police Officer #322 |
| Address | 3319 Tamiami Trail E. |
| City | Naples |
| State | FL |
| Zip Code | 34112 |
| County | Collier County, Florida |
| Telephone Number | 239-252-9300 |
| E-Mail Address (if known) | sheriff@colliersheriff.org |

[ ] Individual capacity  [✔] Official capacity

Defendant No. 3
- Name: Officer Derrick Vazquez
- Job or Title *(if known)*: Officer Derrick Vazquez
- Address: 3319 Tamiami Trail E.
  - City: Naples
  - State: FL
  - Zip Code: 34112
- County: Collier County, Florida
- Telephone Number: 239-252-9300
- E-Mail Address *(if known)*: sheriff@colliersheriff.org

[ ] Individual capacity   [✔] Official capacity

Defendant No. 4
- Name: Collier County Police Chief Kevin Rambosk
- Job or Title *(if known)*: Collier County Police Chief
- Address: 3319 Tamiami Trail E.
  - City: Naples
  - State: FL
  - Zip Code: 34112
- County: Collier County, Florida
- Telephone Number: 239-252-9300
- E-Mail Address *(if known)*: sheriff@colliersheriff.org

[ ] Individual capacity   [✔] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

[ ] Federal officials (a *Bivens* claim)

[✔] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials? My 4th Amendment rights were violated, the police stated that I was being arrested as a felon with an air rifle to gain access to my vehicle, I was never a felon and this was an illegal arrest. My 2nd Amendment rights were violated, I was illegally arrested for owning an air rifle. My 8th Amendment rights were violated with cruel and unusual punishment, my punishments were increased because the authorities claimed falsely I was a felon. This includes my 1st Amendment rights to peacefully gather.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

The Police illegally arrested me and stated I was a convicted felon that was found with an air rifle in my vehicle, I was never a felon in my life. Officer Luna and Smith were the two main arresting officers and made the error of saying that I was being punished as being a previous convicted felon with an air rifle. Officer Troy Menning and Police Chief Kevin Rambosk were both responsible for why Michael Ross was detained longer while in custody.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

2nd Avenue S. Beach End
Naples, Florida 34102

B. What date and approximate time did the events giving rise to your claim(s) occur?

January 14th, 2024 - 1:30 am

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

The police wrongfully stated that I was being arrested as a felon in possession of an air rifle in my vehicle. The truth is that the police did not tell the truth, I was never a convicted felon. The police then lied and said that my GAMO air rifle was an unidentified rifle to hold me in custody longer. The Audio of Officer Derrick Vazquez was tampered with. We clearly see in the video that the Police refused to hand over the audio of Delia C. Luna stating Ross was first being arrested as a felon with an air rifle. Ross was illegally arrested with an air rifle and was never a felon. The Police edited out several where the air rifle was mentioned in the conversation.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

This illegal arrest has caused me multiple forms of personal injury, emotional stress, physical stress, headaches, Libel and Slander. It is now more difficult to find work, this is a form of Libel, Slander and this harms my public reputation as a scientific journalist and medical journalist. The police have stolen money I wanted to use on fixing my teeth, I have had to put off fixing my teeth until the authorities give me my stolen research funds back. I have had to sell my 3.25 acre property in downtown Austin, I was going to turn this into a storage rental property. I have lost millions of dollars I was going to earn from investing this money into my business. I have lost millions of dollars because the authorities refuse to give me back my laptops with priceless science, medical and COVID research. I have now lost millions in research and accuse the Collier County authorities of harming researchers in the scientific community and medical community. The authorities attempted to edit out the audio that stated I was being arrested as a felon for an air rifle multiple times. This was done at the time of my arrest and when I was being questioned sitting in my vehicle. The authorities removed multiple audio clips of stating the original reason of why I was being arrested, and attempted to shift blame to arrest me for cannabis that was not mine. The audio of Officer Delia C. Luna was not shown in the evidence we received. Officer Delia C. Luna stated that the first original reason why we were being arrested is that we were a convicted felon with an air rifle, the authorities did not know how much cannabis or THC-A legal hash that we had at the time. The audio of Troy A. Menning stating that I was being arrested as a previous convicted felon with an air rifle was deleted when I was being interviewed at the police station.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Michael James Ross is seeking 5 million dollars in damages for being illegally arrested on January 14th, 2024 by Delia C. Luna and the Collier County Police. The Young District Attorney Gomes did not properly check and also wrongfully assumed that Michael Ross was a felon. It turns out Michael Ross was never a felon. This mistake caused Michael Ross to spend multiple days illegally detained. Ross want 7 million dollars in additional damages for being illegally detained longer by Young District Attorney Rhiannon Gomes. May we remind the Jury what a Young District Attorney is, this attorney has only been working as a District Attorney since 2021. This Young attorney is not qualified to continue to give illegal punishments to journalist Michael Ross. We want the Twentieth District Court Attorneys to stop issuing more illegal punishments from continuing to state that Ross is a felon. The authorities knew they made a mistake in illegally arresting Ross for having an air rifle, the authorities then stated the air rifle was unidentified for multiple days. The air rifle was in stock condition, any competent officer could see it was a pellet gun. Amira Fox and Nicole Santini also went along and took Young District Attorney Mrs. Gomes's word that Ross was a felon, this was wrong. Judge Elizabeth Krier approved of these documents that stated Ross was felon. Michael Ross is seeking Fourteen Million Dollars in damages from Amira Fox. We are seeking Eight Million Dollars in Damages from Nicole N. Santini, and we are seeking Twenty Million dollars in Damages from Judge Elizabeth Krier. We are seeking Nine million in Damages from Judge John Mcgowan and Eighteen Million dollars in damages from Judge Kyle Cohen.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Sep 17 2024

Signature of Plaintiff: *Michael Ross*

Printed Name of Plaintiff: Michael James Ross

### B. For Attorneys

Date of signing: 

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

*City       State       Zip Code*

Telephone Number
E-mail Address